**Electronically Filed
Supreme Court
SCPR-12-0001059
20-DEC-2012
12:03 PM**

SCPR-12-0001059

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE JULIA C. WO, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of Petitioner Julia C. Wo's petition to resign and surrender her license to practice law in the State of Hawaiʻi, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and of the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rule 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Julia C. Wo, attorney number 5915, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED: Honolulu, Hawaiʻi, December 20, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

